UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JUDY ROBSON, individually,

    Plaintiff and Moving Party, and

REV. OLEN ARRINGTON, JR., ALVIN BALDUS,
STEPHEN H. BRAUNGINN, JOHN D. BUENKER,
ROBERT J. CORNELL, V. JANET CZUPER,
LEVENS DE BACK, STEVEN P. DOYLE,
ANTHONY S. EARL, JAMES A. EVANS,
DAGOBERTO IBARRA, JOHN H. KRAUSE, SR.,
JOSEPH J. KREUSER, FRANK L. NIKOLAY,
MELANIE R. SCHALLER, ANGELA W.
SUTKIEWICZ, and OLLIE THOMPSON,

    Original Plaintiffs,

  and                                Case No. 01-C-121 / 02-C-0366
                                         Three-Judge Panel (Clevert, J., presiding)

JAMES R. BAUMGART, ROGER M. BRESKE,
BRIAN T. BURKE, CHARLES J. CHVALA,
RUSSELL S. DECKER, JON ERPENBACH,
GARY R. GEORGE, RICHARD GROBSCHMIDT,
DAVE HANSEN, ROBERT JAUCH, MARK
MEYER, RODNEY MOEN, GWENDOLYNNE S.
MOORE, KIMBERLY PLACHE, FRED A. RISSER,
KEVIN W. SHIBILSKI, ROBERT D. WIRCH,
SPENCER BLACK, JAMES E. KREUSER,
SPENCER G. COGGS, and GREGORY B. HUBER,
each individually and as members [or, now, former
members] of the Wisconsin State Legislature,

    and

(caption continued on next page)

---

**PLAINTIFF JUDY ROBSON'S NOTICE OF APPEARANCE**

---

F. JAMES SENSENBRENNER, JR.,
THOMAS E. PETRI, MARK A. GREEN,
and PAUL RYAN, each individually and as
members [or, now, former members] of the
United States Congress,

      Original Intervenor-Plaintiffs,

 and

G. SPENCER COGGS, LEON YOUNG,
ANNETTE POLLY WILLIAMS,
JOHNNIE MORRIS-TATUM,

      Additional Original Intervenor-Plaintiffs,

 v.

JERALYN WENDELBERGER, chairperson of
the State of Wisconsin Elections Board, and each
of its members [or former members] in his or her
official capacity, JOHN P. SAVAGE, DAVID
HALBROOKS, R.J. JOHNSON, BRENDA LEWISON,
STEVEN V. PONTO, JOHN C. SCHOBER,
CHRISTINE WISEMAN and KEVIN J. KENNEDY,
its executive director;

      Original Defendants,

SCOTT R. JENSEN, in his capacity as the [former] Speaker
of the Wisconsin Assembly, and MARY E. PANZER,
in her capacity as the [former] Minority Leader of the
Wisconsin Senate,

      Intervenor-Defendants.

---

  PLEASE TAKE NOTICE that Brady C. Williamson of Godfrey & Kahn, S.C., whose

address is One East Main Street, Suite 500, Madison, Wisconsin 53703, and Rebecca K. Mason

of Godfrey & Kahn, S.C., whose address is 780 North Water Street, Milwaukee, Wisconsin

53202, hereby enter their appearance on behalf of plaintiff Judy Robson. All pleadings and other documents should be served upon them by ECF or at the foregoing addresses.

Dated: June 9, 2011.

GODFREY & KAHN, S.C.

By: *s/ Rebecca Kathryn Mason*
Rebecca Kathryn Mason
State Bar No. 1055500
Brady C. Williamson
State Bar No. 1013896
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: 608-257-3911
Facsimile: 608-257-0609
rmason@gklaw.com

*Attorneys for Judy Robson*

6457943_1